

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID RAMIREZ<br><br>　　　　　Defendant. | Case No.: CR 18-490-GW-2<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist, CA** for alleged violation(s) of the terms and conditions of his/her [probation] [~~Supervised release~~]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **alleged: failures to report for drug treatment (residential); not reporting for mental health treatment; history of drug use while on S.R.**

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _felony conviction while on supervised release — Felon in possession_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 11/21/22

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

2